IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:  13-mc-00004

IN THE MATTER OF CERTAIN PROPERTY
_____

**ORDER TO RESTRICT**
_____

Upon motion by the United States, and for good cause shown, it is hereby

ORDERED THAT:

The Affidavit in the above-captioned matter and the government's Motion to

Restrict are restricted for 90 days.

SO ORDERED this  14th  day of January, 2013.


BY THE COURT:

_____
United States Magistrate Judge